UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL DANIEL LINAREZ-RODRIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>KORY L. HONEA, et al.,<br><br>        Defendants. | No.  2:22-cv-1692-KJN P<br><br>ORDER |

      Plaintiff proceeds in forma pauperis pursuant to 28 U.S.C. § 1915, and is a pretrial detainee held in the Butte County Jail.  On March 17, 2023, plaintiff filed a request for subpoena in order to obtain video evidence to oppose summary judgment.  (ECF No. 18.)  Plaintiff's request is premature.  At this time, no defendant has yet been served with process or appeared in this action, and the court has not yet issued a discovery and scheduling order.  Once the court issues its discovery order, plaintiff may serve a request for production under Rule 34 of the Federal Rules of Civil Procedure on counsel for defendants.  Plaintiff's request is denied without prejudice.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 18) is denied without prejudice.

Dated:  April 11, 2023

/lina1692.sd

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE