1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL DANIEL LINAREZ-                    No.  2:22-cv-1692 KJM CSK P
     RODRIGUEZ,
12
                     Plaintiff,
13                                           ORDER
           v.
14
     KORY L. HONEA, et al.,
15
                     Defendants.
16

17        Plaintiff is a Butte County Jail inmate, proceeding pro se.  Plaintiff seeks relief pursuant to

18   42 U.S.C. § 1983 and is proceeding in forma pauperis.  On April 8, 2024, plaintiff filed a motion

19   to access the law library in order to file a response to defendant Rayome's answer.

20        Rule 7(a) of the Federal Rules of Civil Procedure provides:

21             (a) Pleadings.  Only these pleadings are allowed:

22             (1) a complaint;

23             (2) an answer to a complaint;

24             . . .

25             (7) if the court orders one, a reply to an answer.

26   Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendant's

27   answer and declines to make such an order.

28   ////

                                         1

At this time, plaintiff is not under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired.[1] Therefore, plaintiff's motion is denied without prejudice to renewal.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 51) is denied without prejudice.

Dated:  April 16, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/lina1692.den

---

[1] Once the district court addresses the pending findings and recommendations (ECF No. 48), the undersigned will address further scheduling in this action.

2