UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL DANIEL LINAREZ-RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN RAYOME,<br><br>    Defendant. | No.  2:22-cv-1692 DC CSK P<br><br>ORDER |

A notice of bankruptcy was filed November 19, 2024, on behalf of defendant Ryan Rayome.  (ECF No. 86.)  This action is therefore stayed.  See 11 U.S.C. § 362.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is stayed.

2. Defendant Ryan Rayome shall file a status report within ninety days of the date of this order, and every ninety days thereafter, to advise the Court of the status of its bankruptcy proceedings.

Dated:  November 25, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/lina1692.bankruptcy.stay

1