UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL DANIEL LINAREZ-RODRIGUEZ,<br>Plaintiff,<br>v.<br>RYAN RAYOME,<br>Defendant. | No. 2:22-cv-1692 DC CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for court order to bring an incarcerated witness to court at the time of trial. (ECF No. 102.) However, plaintiff's motion is premature. Currently defendant's motion for summary judgment is submitted for decision. If defendant's motion is denied, the Court will issue a scheduling order that sets deadlines for trial preparation, including the filing of motions for the attendance of incarcerated witnesses. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 102) is denied without prejudice.

Dated: November 10, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/lina1692.witn.prem